# UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION DIVISION

| | |
|---|---|
| **In Re:**<br><br>SULLIVAN, JAMES VINCENT<br><br><br><br>**Debtor(s)** | **Case No.** 04-76174<br>**Chapter**  07  Asset Case<br>**Judge**    PAUL W. BONAPFEL<br><br>**Trustee**   Harry W. Pettigrew |

## INTERIM REPORT OF TRUSTEE

1.  Report number 123 for the period ending 09/30/05.

2.  Date of section 341(a) meeting:  12/13/04
    Date appointment accepted:     10/01/04

3.  Funds on hand (from the Estate Cash Receipts and Disbursements Record - Form 2)

| | | | |
|---|---|---|---|
| Total receipts | 0.00 | Checking | 0.00 |
| Total disbursements | 0.00 | Money Market | 0.00 |
| | | Investment | 0.00 |
| | | **Total** | **$0.00** |

   The amount of the Trustee's bond is:  Blanket Bond $33,625,000.00
   which is sufficient to cover the assets listed.

4.  The value of assets remaining to be liquidated:                                      **$0.00**
    (from Individual Estate Property Record - Form 1, total of column 6)

    Assets for which insurance coverage has been obtained:     **(None)**

5.  Projected total value to be realized (total of 3 + 4):                               **$0.00**

6.  Major activities during the reporting period not reflected in the
    Individual Estate Property Record and Form 2:

    Next Activity:   Debtor is in Fulton County Jail on a capital murder charge.  Presently detor has
                     criminal appeal to Georgia Supreme Court on "double jeopardy" issue.
                     Involuntary Chapter 7 filed by claimant on multi-million dollar judgment for death of
                     former wife.  Special counsel for Trustee is pursuing an invertigation of assets and
                     liabilities.

7.  Projected date of final report:     12/31/07

                Trustee's Signature:    /s/_____

                            Harry W. Pettigrew
                            P. O. Box 4030
                            Decatur, GA 30031
                Date:  10/28/05      (404) 577-5244

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-76174 PWB

**Case Name:** SULLIVAN, JAMES VINCENT

**Period Ending:** 09/30/05

**Trustee:** (300050)   Harry W. Pettigrew

**Filed (f) or Converted (c):** 10/01/04 (f)

**§341(a) Meeting Date:** 12/13/04

**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Trustee Investigating assets via special counsel  (See Footnote) | 0.00 | Unknown | | 0.00 | Unknown |
| **1   Assets    Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$0.00** | **$0.00** |

RE PROP# 1    Debtor is in Fulton County Jail on a capital murder charge.  Presently detor has criminal appeal to
Georgia Supreme Court on "double jeopardy" issue.  Involuntary Chapter 7 filed by claimant on
multi-million dollar judgment for death of former wife.  Special counsel for Trustee is pursuing an
invertigation of assets and liabilities.

---

**Major Activities Affecting Case Closing:**

Debtor is in Fulton County Jail on a capital murder charge.  Presently detor has criminal appeal to Georgia Supreme Court on "double jeopardy" issue.  Involuntary Chapter 7 filed by claimant on multi-million dollar judgment for death of former wife.  Special counsel for Trustee is pursuing an invertigation of assets and liabilities.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2007

**Current Projected Date Of Final Report (TFR):**    December 31, 2007

_____
October 28, 2005
Date

/s/ Harry W. Pettigrew
_____
Harry W. Pettigrew